UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUZANNE MCKINNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-185 |
| KAYLA A. HOLT, RN, TERRY HOLT, JASON SAGER, NANCY TUGGLE, LOGAN ESTES, FOUNTAIN COUNTY, AND FOUNTAIN COUNTY SHERIFF'S OFFICE, | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' JOINT NOTICE OF REMOVAL OF CIVIL ACTION**

The Defendants, by and through their respective counsel, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §1446, jointly file their Notice of Removal of this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Fountain County (Indiana) Circuit Court, Cause No. 23C01-2112-CT-000423. In support hereof, Defendants state:

1. Plaintiff filed her Complaint in the Fountain County (Indiana) Circuit Court on December 17, 2021. Plaintiff's Complaint seeks to assert claims pursuant to 42 U.S.C. § 1983 for an alleged deliberate indifference to her serious medical conditions in violation of the Eighth Amendment of the United States Constitution. (Plaintiff's *Complaint* ¶¶ 15-17).

2. Removal herein is based on federal question jurisdiction.

3. 28 U.S.C. § 1441(a) provides that any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. 28 U.S.C. § 1446(b) requires notice of removal of a civil action be filed within thirty (30) days after receipt by a defendant, through service or otherwise, of a "copy of an amended pleading, motion, order or other paper from which it may ascertained that the case is one which is or has become removable."

5. Defendants Terry Holt, Jason Sager, Nancy Tuggle, Logan Estes and Fountain County Sheriff's Office were served on December 20, 2021, Defendant Fountain County was served on December 23, 2021, and Defendant Kayla A. Holt, RN was served on December 27, 2021.

6. This cause is removed within thirty (30) days of the service of the Complaint on Defendants Fountain County, and Kayla A. Holt, RN.

7. Pursuant to 28 U.S.C. § 1446(b), all Defendants who have been properly joined and served consent to and join in this removal.

8. In accordance with 28 U.S.C. § 1446(d), promptly after the filing of this Joint Notice of Removal the Fountain County Defendants will give written notice of this filing to all adverse parties and will file a copy of the notice with the clerk of Fountain County.

9. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.2(a) & (b) Defendants submit herewith the State Court Record that contains a single .pdf that includes the state court docket sheet, all pleadings, motions, orders, and all other filings, organized in chronological order by the state court filing date. *See* Exhibit 1.

10. Pursuant to Local Rule 81-2(c) the operative complaint is provided as a separate attachment in Exhibit 2, in addition to being included in the State Court Record attached as Exhibit 1.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *Liberty L. Roberts* | *Douglass R. Bitner (with permission)* |
| Liberty L. Roberts, Attorney No. 23107-49 | Douglass R. Bitner, Attorney No. 34981-49 |
| CHURCH CHURCH HITTLE + ANTRIM | **KATZ KORIN CUNNINGHAM PC** |
| Two North Ninth Street | The Emelie Building |
| Noblesville, IN 46060 | 334 N. Senate Avenue |
| LRoberts@cchalaw.com | Indianapolis, IN 46204 |
| | dbitner@kkclegal.com |
| *Attorney for Fountain County Defendants* | |
| | *Attorney for Lisa A. Holt, RN* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2022, and a copy of the foregoing was served upon the following counsel of record via email:

Brandon E. Tate
brandon@wtbfs-law.com
Katherine A. Piscione
katie@wtbfs-law.com
WALDRON TATE BOWEN FUNK SPANDAU LLC
156 E. Market St., 5th Floor
Indianapolis, IN 46204

*Attorneys for Plaintiff*

Paul S. Kruse
pkruse@parrlaw.com
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
225 W. Main St.
P.O. Box 668
Lebanon, IN 46052

*Attorneys for Plaintiff*